■ DANIEL M. CONTI et al., Appellants, v WYOMING COUNTY et al., Respondents. [874 NYS2d 857]—Appeal from an order of the Supreme Court, Wyoming County (Timothy J. Walker, A.J.), entered April 15, 2008 in an action for, inter alia, malicious prosecution. The order granted the motion of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.

■ In the Matter of the SEVENTH REPORT OF THE SENECA COUNTY SPECIAL GRAND JURY OF JANUARY 2007. FIRST NAMED PUBLIC OFFICIAL, Appellant; R. MICHAEL TANTILLO, Special District Attorney of Seneca County, Respondent. [874 NYS2d 834]—Appeal from an order of the Seneca County Court (Dennis F. Bender, J.), dated February 15, 2008. The order accepted Report Number 7 of the January 2007 Seneca County Special Grand Jury and directed the filing of the report as a public record.

It is hereby ordered that the order so appealed from is unanimously reversed on the law and the report is sealed.

Memorandum: We agree with appellant, a public official of Seneca County, that County Court erred in directing that a grand jury report be filed as a public record for the same reasons as those set forth in our decision in *Matter of Second Report of Seneca County Special Grand Jury of Jan. 2007* (59 AD3d 1079 [2009]). Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.